

| | |
|---|---|
| **MEMO ENDORSED** | Tel: (212) 235-1220<br>Fax: (888) 697-9665<br>E-Mail: Joseph.Gioconda@GiocondaLaw.com<br>Website: www.TrademarkLawyer.nyc |

RE: *Moncler S.p.A. v. John Does 1 to 6*, 1:19-cv-08848-PGG / Inquest Following Default

27 August 2020

**BY ECF**

Hon. Ona T. Wang
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Your Honor:

> Application Granted. Plaintiff shall file by Sept. 11; Defendants shall respond by Sept. 25. Plaintiff shall serve a copy of this Order on Defendants and file a proof of service on the docket within 3 days of this Order. ECF 30 resolved. SO ORDERED.
>
> /s/ Ona T. Wang   Aug. 27, 2020
> U.S.M.J.

We represent the Plaintiff Moncler S.p.A. ("Moncler") in the above-captioned case.

On July 30, 2020, Judge Gardephe ordered that the above-captioned case be referred to the Clerk of Court for assignment to a Magistrate Judge for Inquest After Default/Damages Hearing. [Dkt. 27]. The case was then referred to Your Honor.

On July 31, 2020, Your Honor entered an Order setting a schedule for briefing on the Inquest, directing that by September 1, 2020, Plaintiff shall file (1) proposed findings of fact and conclusions of law, and (2) an inquest memorandum setting forth proof of damages and Defendants' response due by September 15. [Dkt. 28].

Plaintiff respectfully requests a brief extension to file these documents by **September 11,** Defendants' response required by **September 25.** Plaintiff is headquartered in Italy, and Plaintiff's counsel requests additional time to confer with Plaintiff on whether and how to proceed with requesting damages, and to prepare the required information. This is the first request for a continuance in this matter. It is unknown if the adversary John Does consent to this request.

Please let me know if you have any concerns or questions. Thank you, Your Honor.

Respectfully Submitted,

/s/ Joseph C. Gioconda

Joseph C. Gioconda

---

100 Park Avenue
16th Floor
New York NY 10017
Tel: (212) 235-1220

301 South State Street
Suite 102S
Newtown PA 18940
Tel: (215) 944-8530