**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
MONCLER S.P.A.,

                Plaintiff,        19-CV-8848 (PGG) (OTW)

    -against-        **ORDER**

JOHN DOES 1-6,

                Defendants.
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court's Report & Recommendation at ECF 40 was entered in error. The Court regrets the error and respectfully directs the Clerk of Court to strike ECF 40.

                                                    *s/ Ona T. Wang*

Dated: July 17, 2023                              **Ona T. Wang**
       New York, New York                     United States Magistrate Judge

1